JS-6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. SACV 13-01738-JLS (ANx) |
| ) | |
| Plaintiff, ) | DEFAULT JUDGMENT OF |
| ) | FORFEITURE AGAINST THE |
| vs. ) | INTERESTS OF TUAN Q. LUU AND |
| ) | BELINDA TRAN, CRESTVIEW |
| ONE 2010 LEXUS GS 350, ) | CONSOLIDATED, INC., AND ALL |
| ) | OTHER POTENTIAL CLAIMANTS |
| Defendant. ) | |

On November 4, 2013, plaintiff United States of America filed a Verified Complaint for Forfeiture alleging that the defendant One 2010 Lexus GS 350 is subject to forfeiture.  Notice of this action has been given in the manner required by law, and potential claimants Tuan Q. Luu, Belinda Tran, and Crestview

1

Consolidated, Inc. have not appeared by filing a Statement identifying their rights or interests with this Court.  Further, potential claimants Tuan Q. Luu, Belinda Tran, and Crestview Consolidated, Inc. have not filed an Answer to the Complaint or otherwise defended their interests, if any, in the defendant One 2010 Lexus GS 350 ("defendant").  Therefore, the Court deems that potential claimants Tuan Q. Luu, Belinda Tran, and Crestview Consolidated, Inc., and all other potential claimants admit the allegations of the Complaint to be true.

ACCORDINGLY, IT IS ORDERED, ADJUDGED AND DECREED that all rights, title, and interest of potential claimants Tuan Q. Luu, Belinda Tran, and Crestview Consolidated, Inc., and all other potential claimants in and to the defendant vehicle is condemned and forfeited to the United States of America.

DATED: April 11, 2014    _____
THE HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE